Case 1:19-cr-00116-KMW   Document 124   Filed 02/10/20   USDC SDNY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/20



SHER TREMONTE LLP

February 10, 2020

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    *United States v. Reinaldo Roman*
           Case No. 19 Cr. 116 (KMW)

Dear Judge Wood:

    We represent Reinaldo Roman, defendant in the above-referenced action. We write to respectfully request a ten-day adjournment of his sentencing hearing, currently scheduled for February 24, 2020, to afford the defense additional time to collect supporting documentation, including letters of support from Mr. Roman's family and friends, for the sentencing memorandum.

    This is Mr. Roman's second request for an adjournment of sentencing. We have conferred with Assistant U.S. Attorney Michael Krouse, who indicated that the government consents to this request.

    We appreciate the Court's consideration.

*Sentencing is adjourned to March 4, 2020, at 11:00 a.m. Defendant's submission is due by February 24. Government submission is due by February 27.*

Respectfully submitted,

/s/ Heather Han
Michael Tremonte
Heather Han

cc:    All Counsel of Record (by ECF)

2/11/20
SO ORDERED: N.Y., N...

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156