

**SHER TREMONTE** LLP

March 2, 2020

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/20

    Re:   *United States v. Reinaldo Roman*
           Case No. 19 Cr. 116 (KMW)

**MEMO ENDORSED**

Dear Judge Wood:

We write on behalf of our client, Reinaldo Roman, to respectfully request that the deadline for submitting Mr. Roman's sentencing submission be extended to Friday, March 6, in light of the continuing lockdown of the Metropolitan Correctional Center ("MCC"), where Mr. Roman is incarcerated. We are not requesting an adjournment of the sentencing hearing but merely a three-day extension of the submission deadline.

*Granted. KMW*

Sentencing for Mr. Roman is currently scheduled for March 17, 2020. In accordance with Your Honor's Individual Rules & Practices, "[u]nless otherwise ordered by the Court, a defendant's sentencing submission shall be served two (2) weeks in advance of the date set for sentencing," making tomorrow, March 3, the deadline for Mr. Roman's sentencing submission.

As Your Honor may be aware, the MCC has been on lockdown since last Thursday, February 27, due to security concerns, and all legal visitation has been suspended for an unknown duration.[1] As a result of the lockdown, we have been unable to visit or otherwise communicate with Mr. Roman to review with him the draft sentencing submission, a practice that we adhere to in our criminal representation.

Earlier today, counsel learned from the Federal Defenders of New York ("FDNY") that Chief Judge McMahon, in collaboration with FDNY, will be making arrangements for certain inmates with upcoming proceedings to be transported to the

---

[1]   *See* Jake Offenhartz, *Manhattan Federal Jail Enters Day Five of Lockdown Over "Security Concerns,"* Gothamist (March 2, 2020), https://gothamist.com/news/manhattan-federal-jail-enters-day-five-lockdown-over-security-concerns; Jonathan Dienst & Tom Winter, *Lockdown at High-Profile NYC Federal Jail Stretches into Fifth Day*, NBC New York (March 2, 2020), https://www.nbcnewyork.com/news/local/lockdown-at-high-profile-nyc-federal-jail-stretches-into-fifth-day/2309420/.

The Honorable Kimba M. Wood
March 2, 2020
Page 2

SDNY courthouse penitentiary for meetings with their attorney. Upon learning this information, the undersigned promptly notified FNDY of the need for a meeting with Mr. Roman and were advised that, due to the large number of requests their office had received, the earliest time such a meeting could be scheduled would be Thursday of this week.

     Accordingly, we respectfully request that Your Honor extend the deadline for the defense submission until Friday, March 6, so as to allow counsel the opportunity to meet with Mr. Roman and discuss with him the draft submission before filing it.

     We appreciate the Court's consideration.

                                Respectfully submitted,

                                */s/ Heather Han*
                                Michael Tremonte
                                Heather Han

cc:    All Counsel of Record (by ECF)

3-3-20
SO ORDERED:  N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.