USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/13/20\_\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

REINALDO ROMAN,

                Defendant.

--------------------------------------------------------X

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Tuesday, March 17, 2020, at 1:00 p.m., is adjourned *sine die*.

SO ORDERED.

Dated: New York, New York
March 13, 2020

/s/ Kimba M. Wood /
KIMBA M. WOOD
United States District Judge