UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/20_____

19-CR-116 (KMW)

-against-

**ORDER**

REINALDO ROMAN,

Defendant.
------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

By letter dated March 17, 2020, defendant Roman has requested a bail hearing, arguing that he is an "at risk" detainee and risks exposure to COVID-19 while incarcerated.

The Court refers the bail hearing to Magistrate's Court.

SO ORDERED.

Dated: New York, New York
      March 23, 2020

                                                                         /s/ Kimba M. Wood /
                                                                     KIMBA M. WOOD
                                                       United States District Judge