UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

REINALDO ROMAN,

            Defendants.

19 Cr. 116 (KMW)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In response to Defendant Reinaldo Roman's Letter-Motion for Bail Pending Sentencing (ECF No. 148), a Telephone Conference is scheduled for Friday, March 27, 2020 at 11:00 am on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            March 27, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**