UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

REINALDO ROMAN,

           Defendant.

CRIMINAL ACTIONA NO.: 19 Cr. 116 (KMW)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, March 31, 2020 at 12:00 pm** on the Court's conference line. The parties, including Mr. Roman, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
            March 30, 2020

                                        SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge