UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

      -v-                                          19-CR-116 (KMW)

REINALDO ROMAN,
                                    Defendant.
-------------------------------------------------------------------X

I hereby consent to participate in the following proceedings by teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Bail Hearing

_X_    Conference Before a Judicial Officer


___/s Reinaldo Roman_____       ___/s Heather Han_____
Defendant's Signature/                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


___Reinaldo Roman_____         ___Heather Han_____
Print Defendant's Name                                 Print Counsel's Name


This proceeding was conducted by reliable teleconferencing technology:

__3/31/2020___                              _____
Date:                                                U.S. District Judge/U.S. Magistrate Judge