UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

　　-v-

REINALDO ROMAN,

　　　　　　　　Defendant.

CRIMINAL ACTION NO.: 19 Cr. 116 (KMW)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone Status Conference is scheduled for **Friday, May 15, 2020 at 9:30 am** on the Court's conference line. The parties, including Mr. Roman, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:　　New York, New York
　　　　　April 1, 2020

　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge