# SHER TREMONTE LLP

August 7, 2020

**BY ECF**

The Honorable Sarah L. Cave
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    *United States v. Reinaldo Roman*,
              Case No. 19 Cr. 116 (KMW)

Dear Judge Cave:

      We write on behalf of Reinaldo Roman, in accordance with the Court's May 14, 2020 order, to provide an update regarding Mr. Roman's compliance with bail conditions, and to seek a 90-day extension of Mr. Roman's bail, until November 20, 2020.  We also respectfully request that Mr. Roman be permitted to have his GPS location monitoring device removed for up to 24 hours for the purpose of undergoing foot surgery prescribed by his podiatrist.  The government consents to both requests.

      Your Honor ordered Mr. Roman's release pending sentencing on March 27, 2020; that bail order was set to expire on May 26, 2020.  (*See* ECF No. 159.)  By order dated May 14, Your Honor continued Mr. Roman's bail conditions "for a further of 90 days, or until otherwise ordered by Judge Wood."  (Dkt. Entry, Dated May 14, 2020).  In the meantime, Your Honor adjourned the status conference *sine die*, and required that defense counsel submit a status report by August 7 if a sentencing hearing has not been scheduled by then.  (*Id.*)

      As of today, a sentencing hearing has not yet been scheduled for Mr. Roman.  Pretrial Officer Jonathan Lettieri advises that Mr. Roman remains compliant with his conditions of release.  Accordingly, we respectfully request that Mr. Roman's bail be extended for another 90 days, or until otherwise ordered by Judge Wood.

      We write, in addition, to request the temporary removal of Mr. Roman's ankle monitoring to allow him to safely undergo foot surgery.  The surgery is required to remove a bunion on Mr. Roman's right foot, which has been causing him pain.  As explained in the letter from Mr. Roman's podiatrist (attached hereto as Exhibit A), however, Mr. Roman cannot have the surgery while wearing the ankle bracelet due to the

risk of electromagnetic interference.  Bunion removal surgery typically takes no more than a few hours to complete.  Thus, the temporary removal of his ankle bracelet need not last more than 24 hours.  Mr. Roman could be directed to meet with Pretrial Services on the day of the surgery to remove the device, and promptly return after surgery to have the device re-fitted within 24 hours.  If his request is granted, Mr. Roman will promptly work with his orthopedic surgeon and Pretrial Services to coordinate the scheduling of the surgery as well as the removal and re-fitting of the ankle monitoring device.

     Accordingly, we respectfully request that the Court, by so-ordering this letter, (a) extend Mr. Roman's bail for 90 days or until otherwise ordered by Judge Wood, and (b) permit Mr. Roman to undergo foot surgery without the ankle bracelet.

                                   Respectfully submitted,

                                   /s/
                                 Michael Tremonte
                                 Heather Y. Han

                                 *Attorneys for Reinaldo Ramon*

cc:    AUSA Michael Krouse (by ECF)
        AUSA Adam Hobson (by ECF)
        Pretrial Services Officer Jonathan Lettieri (by email)

So ordered.

8/7/2020   /s/ Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge