UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

         -against-

REINALDO ROMAN,

                 Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/20

KIMBA M. WOOD, District Judge:

On March 13, 2020, the Court adjourned sentencing for the above-captioned defendant, sine die, due to COVID-19.

The Court now schedules sentencing, at the request of the parties, for November 18, 2020, at 2:30 p.m. Any further sentencing submissions that the parties wish to file shall be submitted by November 10, 2020.

SO ORDERED.

Dated: New York, New York
       September 15, 2020

                                             KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE