UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

REINALDO ROMAN,

                  Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/20

KIMBA M. WOOD, District Judge:

The Court will hold a remote bail hearing in the above-captioned case on Thursday, October 8, 2020, at 10:30 a.m.

Members of the press and public who wish to hear the proceeding should dial 917-933-2166, and enter Conference ID number 107830449.

SO ORDERED.

Dated: New York, New York
        September 29, 2020

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE