```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/29/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

REINALDO ROMAN,

                      Defendant.
---------------------------------------------------------X

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court makes the following correction to its Order of November 24, 2020, Document #266:

    The defendant's sentencing will be held on December 3, 2020, at 11:00 a.m. The numbers to access the audio feed of the proceeding remain the same.

    SO ORDERED.

Dated: New York, New York
       November 29, 2020

                                            /s/ Kimba M. Wood /
                                              KIMBA M. WOOD
                                       United States District Judge