```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   8-31-2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                                             19-CR-116 (KMW)

REINALDO ROMAN,                                  **ORDER**

                Defendant.
-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       Defendant Reinaldo Roman, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 345.) On November 19, 2021, the Government responded to Defendant's motion. (ECF No. 347.) On March 3, 2022, Defendant moved to amend his motion for compassionate release, stating that he never received the Government's response. (ECF No. 359.)

       As Defendant claims that he did not receive the Government's response, the Government shall mail its response to the Defendant by September 9, 2022. Mr. Romano's reply, if any, must be submitted by October 29, 2022. At that time, the Defendant's motion will be considered fully briefed.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: New York, New York
       August 31, 2022                                 */s/ Kimba M. Wood*
                                                       KIMBA M. WOOD
                                             United States District Judge